IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHARLOTTE EVANS,            *
    Plaintiff       *
vs.                         *
                                    CASE NO. 3:07-CV-11(CDL)
MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                            *
    Defendant
                            *

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 13, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of July, 2008.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE